UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 13-379 |
| v. | : 21 U.S.C. § 841(a) |
| BERNARD JONES,<br>a/k/a "Gorilla" | : |

RECEIVED
MAY 0 7 2013
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

## INFORMATION

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

### COUNT ONE

On or about June 22, 2009, in Passaic County, in the District of New Jersey and elsewhere, defendant

BERNARD JONES,
a/k/a "Gorilla,"

did knowingly and intentionally distribute, and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

COUNT TWO

On or about June 28, 2009, in Passaic County, in the District of New Jersey and elsewhere, defendant

BERNARD JONES,
a/k/a "Gorilla,"

did knowingly and intentionally distribute, and possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance. In violation of Title 21, United States Code, Sections 841(a) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

*[signature]*
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: _____

United States District Court
District of New Jersey

UNITED STATES OF AMERICA

v.

BERNARD JONES,
a/k/a "Gorilla"

INFORMATION FOR

21 U.S.C. § 841(a)

PAUL J. FISHMAN
U.S. ATTORNEY NEWARK, NEW JERSEY

JONATHAN W. ROMANKOW
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2884